UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILANA R. HAFNER,<br><br>        Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. 11-cv-05962-RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on Defendant's (stipulated) motion to remand the matter to the Commissioner for further consideration. (ECF No. 16.)

After reviewing Defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant Defendant's motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1       On remand, based on the parties' stipulation, this Court recommends that the
2  Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and
3  supplemental security income payments under Titles II and XVI of the Social Security Act be
4  REVERSED under sentence four of 42 U.S.C. §405(g) and REMANDED to the Commissioner
5  of the Social Security Administration for further administrative proceedings before an
6  administrative law judge (ALJ); a new hearing; and a new decision.  See, Melkonyan v. Sullivan,
7  501 U.S. 89 (1991).

8       On remand, the ALJ should 1) update the record and receive any additional evidence
9  Plaintiff wishes to submit; 2) give further consideration to Plaintiff's mental impairments at steps
10 two and three; 3) give further consideration to the medical source opinions, particularly those of
11 Karin Barker, M.D., Norma Brown, Ph.D., Anna Borisovskaya, M.D., and the State agency
12 consultants; 4) give further consideration to the lay statements from Michaela Hafner and
13 Michael McComas; 5) give further consideration to Plaintiff's residual functional capacity; 6) if
14 necessary, obtain supplemental testimony from a vocational expert regarding the erosion of the
15 occupational base due to Plaintiff's limitations; and 7) if Plaintiff is found disabled, evaluate
16 whether or not her alcohol abuse is material to the finding of disability.

17       This Court further recommends that the ALJ take any other actions necessary to develop
18 the record.  The plaintiff should be allowed to submit additional evidence and arguments to the
19 ALJ on remand.

20       The parties stipulate that Plaintiff may be entitled to reasonable attorney's fees and costs
21 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper presentation
22 of a request to this Court.

23

24

1     Given the facts and the parties' stipulation, the Court recommends that the District Judge

2 immediately approve this Report and Recommendation and order the case be **REVERSED** and

3 **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

4     Judgment should be for Plaintiff and the file should be closed.

5     Dated this 10th day of May, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge